UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katherine S. Hayden |
| v. | : | Crim. No. 06-661-02 |
| MATTHEW THOMSON | : | O R D E R |

This matter having come before this Court on the motion of defendant, Matthew Thomson, to terminate his term of supervised release; and the Court having reviewed defendant's letter dated May 8, 2012 in support of said motion; and the Court having considered the response of the United States of America to said motion, dated July 13, 2012 and the response of the United States Probation Office dated July 11, 2012; and for good cause shown;

IT IS on this 16 day of July, 2012,

**ORDERED** that the motion by defendant, Matthew Thomson, to terminate his term of supervised release is hereby granted; and

**IT IS FURTHER ORDERED** that the term of supervised release imposed on defendant by Judgment entered on July 15, 2009 in this action be and hereby is terminated as of the date of entry of this order.

HONORABLE KATHERINE S. HAYDEN
United States District Judge